**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 17 2025

JEFFREY P. COLWELL
CLERK

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

## NOTICE OF INTENT

WITH RESPECT TO THE ABOVE STATED COURT.

I, Nathan Johnson, AM GIVING [WELD COUNTY] NOTICE OF MY [INTENTS TO SUE]. [WELD COUNTY] HAS [30 DAYS] TO CONTACT ME, OR PERPARE FOR TRIAL

GROUNDS: [CRUEL AN UNUSUAL PUNISHMENT]

1. COPY UNITED STATES DISTRICT COURT
1. COPY WELD COUNTY
1. COPY PRO-SE PLAINTIFF

Witness
Kenneth

/s/ Johnson 4-11-25

Inmate Name *Nathan Johnson JR*
Weld County Jail
2110 O Street
Greeley, CO 80631

DENVER CO 802
15. APR. 2025 PM 6 L



US POSTAGE PITNEY BOWES
ZIP 80631   $ 000.69⁰
02 4W
0000335769 APR 14 2025

## LEGAL

UNITED STATES DISTRICT COURT
901 19TH STREET
DENVER, COLORADO 80294

80294-250151